**Opinion issued September 27, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00638-CR

_____

## IN RE KENDRICK NORRIS ALRIDGE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, acting pro se, has filed a petition for writ of mandamus requesting that we compel the 230th District Court of Harris County to hear or rule upon his purported petition for an expunction of criminal records.[1] We deny the petition.

## PER CURIAM

Panel consists of Justices Bland, Massengale, and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] Relator's mandamus petition does not provide a cause number for any underlying case commenced by the filing of a petition for expunction of criminal records.